**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Arrowhead Economic Development
Agency, Inc.,

        Plaintiff,                         Civil No. 08-1045 (RHK/RLE)

vs.

                                              **ORDER**

City of Virginia,

        Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: April 15, 2008

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge