**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Arrowhead Economic Development Agency, Inc., | Civil No. 08-1045 (RHK/RLE) |
| Plaintiff, | **AMENDED ORDER** |
| vs | |
| City of Virginia, | |
| Defendant. | |

_____

This Court's Order of Dismissal (Doc. No. 15) is **AMENDED** to read as follows:

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE,** the Court retains jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: August 5, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge